MINUTES


   CASE NUMBER:      CV NO. 09-01994HWG

   CASE NAME:        Terri Woodmansee v. The City of Goodyear,
                     a body politic; Mark Brown, Chief of the
                     City of Goodyear Police Department and
                     Jane Doe Brown, husband and wife;
                     Commander Ralph McLaughlin and Jane Doe
                     McLaughlin, husband and wife; Lieutenant
                     Bill Cusson and Jane Doe Cusson, husbnad
                     and wife

   ATTYS FOR PLA:    Krista M. Carman, Esq.
                     John T. White, Esq.

   ATTYS FOR         Stephanie M. Cerasano, Esq.
   DEFT:             Sonya K. Boun, Esq.

   INTERPRETER:

   ─────────────────────────────────────────────────────────

      JUDGE:   Helen Gillmor       REPORTER:   Debra Chun

      DATE:    03/20/2012          TIME:       11:00 AM -
                                               12:00 PM

   ─────────────────────────────────────────────────────────

   COURT ACTION:     EP: TELEPHONIC HEARING ON THE FOLLOWING:

         DEFENDANT CITY OF GOODYEAR'S RENEWED SUMMARY JUDGMENT
         MOTION ON ALL CLAIMS" (Doc. 174), filed on January
         17, 2012

         RENEWED SUMMARY JUDGMENT MOTION ON ALL CLAIMS ON BEHALF
         OF DEFENDANTS BROWN, MCLAUGHLIN, AND CUSSON (Doc.
         175), filed on January 17, 2012

         PLAINTIFF'S RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT
         RE "PROTECTED ACTIVITY" OF HER WHISTLEBLOWING CLAIMS"
         (Doc. 177), filed on January 17, 2012

   Discussion Held.

   Per the parties' stipulation, the Plaintiff's negligent
   infliction of emotional distress claims is **DISMISSED**.

                                 1

The Court made the following rulings:

PLAINTIFF'S RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT RE "PROTECTED ACTIVITY" OF HER WHISTLEBLOWING CLAIMS" (Doc. 177) is **GRANTED.**

Regarding DEFENDANT CITY OF GOODYEAR'S RENEWED SUMMARY JUDGMENT MOTION ON ALL CLAIMS" (Doc. 174):

1. Defendant City of Goodyear's motion for summary judgment on the Plaintiff's First Amendment retaliation pursuant to 41 U.S.C. § 1983 is **DENIED.**

2. Defendant City of Goodyear's motion for summary judgment on the Plaintiff's whistleblower retaliation claim pursuant to Arizona's Employment Protection Act is **DENIED.**

3. Defendant City of Goodyear's for summary judgment on the Plaintiff's intentional infliction of emotional distress claim is **GRANTED.**

4. Defendant City of Goodyear's motion for summary judgment to bar the Plaintiff's state law claims pursuant to Arizona's notice of claim requirement is **DENIED.**

Regarding PLAINTIFF'S RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT RE "PROTECTED ACTIVITY" OF HER WHISTLEBLOWING CLAIMS" (Doc. 177):

1. Defendants Brown, McLaughlin, and Cusson's motion for summary judgment on the Plaintiff's First Amendment retaliation pursuant to 41 U.S.C. § 1983 is **DENIED** with the exception of issues involving qualified immunity.

2. Defendants Brown, McLaughlin, and Cusson's motion for summary judgment on the Plaintiff's intentional infliction of emotional distress claim is **GRANTED.**

3. Defendants Brown, McLaughlin, and Cusson's motion for summary judgment to bar the Plaintiff's state law claims pursuant to Arizona's notice of claim requirement is **DENIED**

The remaining issues were taken under further submission.

A written order memorializing the Court's oral rulings and disposing of the outstanding issues will follow.

IT IS SO ORDERED.