1 Stephanie M. Cerasano (State Bar #017171)
Sonya K. Boun (State Bar #023396)
2 **JACKSON LEWIS LLP**
3 2398 East Camelback Road, Suite 1060
Phoenix, AZ 85016
4 Tel. (602) 714-7044
Fax (602) 714-7045
5 Stephanie.Cerasano@jacksonlewis.com
6 Sonya.Boun@jacksonlewis.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| TERRI WOODMANSEE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF GOODYEAR, et al.,<br><br>Defendants. | Case No. CV09-1994-PHX-HWG<br><br>**REPRESENTATION STATEMENT** |

Pursuant to FRAP 12 and Ninth Circuit Rules 3-2 and 12-2, Defendants provide the following information:

Counsel for Plaintiff Terri Woodmansee:

>Krista M. Carman
>John T. White
>**WARNOCK, MACKINLAY & CARMAN, PLLC**
>7135 E. Camelback Road
>Suite F-240
>Scottsdale, AZ 85251
>Tel.: (602) 381-6669
>Fax.: (602) 381-6560
>krista.carman@lawwmc.com
>jwhite@lawwmc.com

- 1 -

Counsel for Defendants City of Goodyear, Mark Brown, and Ralph McLaughlin:

>Stephanie M. Cerasano
>Sonya K. Boun
>**JACKSON LEWIS LLP**
>2398 E. Camelback Road
>Suite 1060
>Phoenix, AZ 85016
>Tel: (602) 714-7044
>Fax.: (602) 714-7045
>Stephanie.Cerasano@jacksonlewis.com
>Sonya.Boun@jacksonlewis.com

DATED this 28th day of June 2012.

**JACKSON LEWIS LLP**

By: /s/Stephanie M. Cerasano
Stephanie M. Cerasano
Sonya K. Boun
Attorneys for Defendants

### CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and sent a copy by mail to the plaintiff at the following address:

Krista M. Carman
John T. White
**WARNOCK, MACKINLAY & CARMAN, PLLC**
7135 E. Camelback Road
Suite F-240
Scottsdale, AZ 85251

/s/Valerie J. Armstrong

4847-5164-1872, v. 1